[No. 14737-8-II.   Division Two.   October 28, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL JAY CARTER, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 90-1-00442-1, Terence Hanley, J., entered February 22, 1991. *Reversed* by unpublished opinion per Petrich, J. Pro Tem., concurred in by Seinfeld, A.C.J., and Morgan, J.

[Nos. 16162-1-II; 16163-0-II.   Division Two.   October 28, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK CASHELL LYNCH, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. NICOLE KATHERINE LYNCH, ET AL, *Appellants*.

Appeals from judgments of the Superior Court for Clark County, Nos. 92-1-00115-2, 92-1-00116-1, John N. Skimas, J., entered June 15, 1992. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan and Houghton, JJ.

[Nos. 14576-6-II; 14611-8-II.   Division Two.   October 28, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND WOODBURY, *Appellant*.

Appeals from judgments of the Superior Court for Lewis County, Nos. 90-8-00162-8, 90-8-00183-1, Richard A. Paroutaud, J. Pro Tem., entered January 2, 1991. *Affirmed* by unpublished opinion per Petrich, J. Pro Tem., concurred in by Alexander, C.J., and Seinfeld, J.